Brennan M. Hershey, SBN 311464
Jonathan W. Hornberger, SBN 311144
**HERSHEY LAW, P.C.**
16255 Ventura Blvd, Suite 1205
Encino, CA 91436
Tel: (310) 929-2190
Fax: (310) 929-6060
Email: brennan@hersheylaw.com
      jonny@hersheylaw.com

Attorneys for Plaintiff
CEDREA WHITE

Keith E. Smith (State Bar No. 244505)
Christina Loni (State Bar No. 312541)
Omar F. Hassan (State Bar No. 322034)
**WOOD, SMITH, HENNING & BERMAN LLP**
9333 Fairway View Place, Suite 200,
Rancho Cucamonga, CA 91730-3824.
Tel: (310) 481-7600
Fax: (951) 755-1650
Email: kesmith@wshblaw.com;
      cloni@wshblaw.com

Attorneys for Defendants
SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, et al.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

| | |
|---|---|
| CEDREA WHITE, an individual;<br><br>    Plaintiff,<br><br>vs.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, et al.<br><br>    Defendants. | Case No.: 5:20-cv-00162-JGB-KKx<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: December  , 2020

By: _____

**HERSHEY LAW, P.C.**
Brennan M. Hershey, Esq.
16255 Ventura Blvd, Suite
Encino, CA 91436
*Attorney for Cedrea White*

Dated: December 10, 2020

By: _____

**WOOD, SMITH, HENNING & BERMAN LLP**
Keith E. Smith, Esq.
Christina Loni, Esq.
Omar F. Hassan, Esq.
9333 Fairway View Pl., Suite 200,
Rancho Cucamonga, CA 91730
*Attorneys for Swift Transportation Co. of Arizona, LLC, et. al*

_____

16321021.1:05742-0035

JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

2

## **ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: _____

By: _____
    Honorable Jesus G. Bernal
    UNITED STATES DISTRICT JUDGE

HERSHEY LAW, P.C.
16255 VENTURA BLVD., SUITE 1205
ENCINO, CALIFORNIA 91436
Telephone: (310) 929-2190; Facsimile: (310) 929-6060

16321021.1:05742-0035

# PROOF OF SERVICE

**Cedrea White v. Swift Transportation, et al.**

I am employed in the County of Riverside, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 21804 Cactus Avenue, Suite 200, Riverside, CA 92518-3010.

On December 11, 2020, I served the following document(s) described as **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address snewkirk@wshblaw.com to the persons at the electronic notification address listed in the service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was not successful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 11, 2020, at Riverside, California.

Stephanie A. Newkirk

16337332.1:05742-0035                    -1-

**SERVICE LIST**
**Cedrea White v. Swift Transportation, et al.**

Brennan M. Hershey, Esq.
Hershey Law, P.C.
16255 Ventura Boulevard
Suite 1205
Encino, CA 91436
Tel: (310) 929-2190/Fax: (310) 929-6060
Email: brennan@hersheylaw.com
**Attorneys for Plaintiff, CEDREA WHITE**

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
21804 CACTUS AVENUE, SUITE 200
RIVERSIDE, CALIFORNIA 92518-3010
TELEPHONE 951 779 5000 ♦ FAX 951 755 1650

16337332.1:05742-0035

-2-