Brennan M. Hershey, SBN 311464
Jonathan W. Hornberger, SBN 311144
**HERSHEY LAW, P.C.**
16255 Ventura Blvd, Suite 1205
Encino, CA 91436
Tel: (310) 929-2190
Fax: (310) 929-6060
Email: brennan@hersheylaw.com
       jonny@hersheylaw.com

Attorneys for Plaintiff
CEDREA WHITE

Keith E. Smith (State Bar No. 244505)
Christina Loni (State Bar No. 312541)
Omar F. Hassan (State Bar No. 322034)
**WOOD, SMITH, HENNING & BERMAN LLP**
9333 Fairway View Place, Suite 200,
Rancho Cucamonga, CA 91730-3824.
Tel: (310) 481-7600
Fax: (951) 755-1650
Email: kesmith@wshblaw.com;
       cloni@wshblaw.com

Attorneys for Defendants
SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, et al.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CEDREA WHITE, an individual;<br><br>  Plaintiff,<br><br>vs.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, et al.<br><br>  Defendants. | Case No.: 5:20-cv-00162-JGB-KKx<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

16321021.1:05742-0035

ORDER FOR DISMISSAL WITH PREJUDICE

## ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: December 17, 2020

By: _____
Honorable Jesus G. Bernal
UNITED STATES DISTRICT JUDGE

HERSHEY LAW, P.C.
16255 VENTURA BLVD., SUITE 1205
ENCINO, CALIFORNIA 91436
Telephone: (310) 929-2190; Facsimile: (310) 929-6060

16321021.1:05742-0035

ORDER FOR DISMISSAL WITH PREJUDICE